**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6778**

_____

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

          v.

BALFORD EVANS,

                Defendant – Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Alexander  Williams,  Jr.,  District
Judge.   (8:06-cr-00415-AW-1; 8:08-cv-00068-AW)

_____

Submitted:  August 17, 2010          Decided:   September 10, 2010

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Balford  Evans,  Appellant  Pro  Se.    Barbara  Suzanne  Skalla,
Assistant  United  States  Attorney,  Greenbelt,  Maryland,  for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Balford Evans seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2010) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006).

When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Evans has not made the requisite showing.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

DISMISSED